IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN ROBERTS,

      Petitioner,

v.

DORTHEANNE ROBERTS,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3844

Opinion filed February 10, 2015.

Petition for Writ of Prohibition – Original Jurisdiction.

Valarie Linnen, Atlantic Beach, for Petitioner.

Jessica M. Rose, Bay City, for Respondent.


PER CURIAM.

      DENIED.

PADOVANO, CLARK, and MARSTILLER, JJ., CONCUR.